**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2023
Nathan Ochsner, Clerk

In Re: Leonard Ross
Barbara A Ross
**Debtor(s)**

Case No.: 20–60045

Chapter: 13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/10/23

_____
MARVIN ISGUR
United States Bankruptcy Judge